JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO BLANCO JR., | Case No. CV 12-8112 JFW (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 1, 2013

_____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE